Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
813 F Street, 2nd Floor
Sacramento, CA  95814
Telephone:    (916) 446-0790
Facsimile:     (916) 446–0791

Attorneys for Plaintiffs
CHARLES D. JOLLEY & HELEN B. JOLLEY,
AS TRUSTEES OF THE CHARLES & HELEN
JOLLEY FAMILY REVOCABLE TRUST, DATED 12/15/99

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. JOLLEY & HELEN B. JOLLEY, AS TRUSTEES OF THE CHARLES & HELEN JOLLEY FAMILY REVOCABLE TRUST, DATED 12/15/99,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HANDS ON VIDEO RELAY SERVICES, INC.,<br><br>　　　　Defendants. | CASE NO.: 2:06-CV-01500-WBS-GGH<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

　　　　Plaintiffs Charles D. Jolley & Helen B. Jolley, As Trustees of The Charles & Helen Jolley Family Revocable Trust, Dated 12/15/99 ("Plaintiffs"), and Defendant Hands On Video Relay Services, Inc. ("Defendant"), acting by and through their respective counsel of record, hereby stipulate as follows:

<u>R E C I T A L S</u>

　　　　A.　　Plaintiffs sued Defendant for breach of contract.  Defendant filed an answer denying liability.

　　　　B.　　Plaintiffs and Defendant have entered into a written stipulation for entry of judgment ("Stipulation") and are performing under the Stipulation.

---

STIPULATION AND ORDER FOR DISMISSAL　　　　　　　　　　　　1.　　　　　　　　　　*CHARLES D. JOLLEY, ET AL. VS. HANDS ON, ETC.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No: 2:06-CV-01500-WBS-GGH

1  NOW THEREFORE, Plaintiffs and Defendant hereby agree that the above-captioned should
2  be dismissed without prejudice with the court reserving jurisdiction to enforce the Stipulation.
3  IT IS SO STIPULATED:

Dated: November 3, 2006                    SERLIN & WHITEFORD, LLP


                                           By: /s/
                                               MARK A. SERLIN
                                               Attorneys for Plaintiffs
                                               CHARLES D. JOLLEY & HELEN B. JOLLEY,
                                               AS TRUSTEES OF THE CHARLES & HELEN
                                               JOLLEY FAMILY REVOCABLE TRUST,
                                               DATED 12/15/99


Dated: November 15, 2006                   DLA PIPER RUDNICK GRAY CARY US LLP


                                           By: /s/
                                               SCOTT W. PINK
                                               Attorneys for Defendant
                                               HANDS ON VIDEO RELAY SERVICES, INC.


## ORDER

Having reviewed the foregoing Stipulation, the Court hereby dismisses the above-captioned matter pursuant F.R.C.P. 41, without prejudice and the Court shall retain jurisdiction to enforce the Stipulation.

Dated: December 12, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\DOCS\SHU\DSHU2\inBOX\Signed\06cv1500 Jolley Stipulation re Dismissal.wpd